EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  #3753
Assistant U.S. Attorney

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2004

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04 00370 SOM |
| Plaintiff, | INDICTMENT |
| vs. | 8 U.S.C. §§ 1326(a) and 1326(b)(2) |
| RICARDO GUILLERMO CARVAJAL-OSORIO, aka RICARDO ALCALA DELGADILLO, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about October 6, 2003, in the District of Hawaii, RICARDO GUILLERMO CARVAJAL-OSORIO, aka RICARDO ALCALA DELGADILLO, an alien who was excluded, deported, and removed from the United States on or about February 13, 2001, subsequent to being

convicted of an aggravated felony, was thereafter found in the United States, having knowingly and unlawfully entered the United States without first having obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557) for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

DATED: ____SEP 2 9 2004____, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

USA vs. Ricardo Guillermo Carvajal-Osorio,
aka Ricardo Alcala Delgadillo
Cr. No. _____
"Indictment"

2