United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:  February 27, 2006


To:    United States Court of Appeals    Attn:  ( )     Civil
       For the Ninth Circuit
       Office of the Clerk                       (✓)     Criminal
       95 Seventh Street
       San Francisco, California 94103           ( )     Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:              CR 04-00370SOM        Appeal No:    05-10522

Short Title:        U.S.A. vs. Carvjal-Osorio


Clerk's Files in        1        volumes  (✓) original  ( ) certified copy

Bulky docs _____               volumes (folders)  docket #

Reporter's              2        volumes  (✓) original  ( ) certified copy
Transcripts _____

Exhibits   _____               volumes ( ) under seal

           _____               boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #15, 16, 20, 21


Acknowledgment: _____  Date: _____


cc: all parties of record