

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RICARDO GUILLERMO CARVJAL-OSORIO,<br><br>Defendant - Appellant. | No. 05-10522<br>D.C. No. CR-04-00370-SOM<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 25 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED; REMANDED.**

Filed and entered 10/01/07



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
OCT 23 2007
by _____
Deputy Clerk